MUN HOY v. UNITED STATES. (Circuit Court of Appeals, Fifth Circuit. November 27, 1911.) No. 2,150. Appeal from the District Court of the United States for the Western District of Texas. Volney M. Brown, for appellant. Charles A. Boynton and S. Engelking, for the United States. Before PARDEE and SHELBY, Circuit Judges, and GRUBB, District Judge.

PER CURIAM. On the evidence we reach the same conclusion as the court below, and the judgment appealed from is therefore affirmed.

---

NG BOW v. UNITED STATES. (Circuit Court of Appeals, Fifth Circuit. November 27, 1911.) No. 2,170. Appeal from the District Court of the United States for the Western District of Texas. Volney M. Brown, for appellant. Charles A. Boynton, for the United States. Before PARDEE and SHELBY, Circuit Judges, and GRUBB, District Judge.

PER CURIAM. On the evidence in this case it is clear that the appellant is not a late arrival in this country, but has been in the country many years, and we find nothing in the record to dispute the uncontradicted evidence that he was born in this country at the time and place claimed. See Gee Cus Beng v. United States, 184 Fed. 383, 106 C. C. A. 493. The decree of the District Court is therefore reversed, and the cause is remanded, with instructions to discharge the appellant.

---

OLIVER v. AMERICAN LOCOMOTIVE CO. et al. (Circuit Court of Appeals, Fifth Circuit. November 3, 1911.) No. 2,285. Appeal from the Circuit Court of the United States for the Southern District of Georgia. E. H. Callaway and C. Henry Cohen, for appellant. William Garrard, for appellees. Before PARDEE and SHELBY, Circuit Judges.

PER CURIAM. The equity in this case is with the appellee. The decree of the Circuit Court was correct, and is affirmed.

---

OLIVER v. GEORGIA CAR CO. et al. (Circuit Court of Appeals, Fifth Circuit. November 3, 1911.) No. 2,284. Appeal from the Circuit Court of the United States for the Southern District of Georgia. E. H. Callaway and C. Henry Cohen, for appellant. George W. Owens, for appellees. Before PARDEE and SHELBY, Circuit Judges.

PER CURIAM. The equity in this case is with the appellee. The decree of the Circuit Court was correct, and is affirmed.